# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES H. SMITH, MATTHEW
SMITH & JAMES H. SMITH ON
BEHALF OF HIS MINOR CHILD
SAMUEL SMITH

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, DAMIEN
KNOCKUM, TIMOTHY GOODSON,
ANTHONY CHRISTY, STATE FARM
FIRE & CASUALTY INSURANCE
COMPANY, USAA CASUALTY
INSURANCE COMPANY, KEVIN
BRISTER, LEE JACOBS, LEE'S
TRUCKING & LAND SERVICE
L.L.C., ABC INSURANCE & XYZ
INSURANCE

NO.   2025 CW 0348

JULY 14, 2025

---

In Re:    Nautilus Insurance Company, applying for supervisory
          writs, 23rd Judicial District Court, Parish of
          Ascension, No. 135509.

---

BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.

   WRIT DENIED.

                              CHH
                              BDE
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT